IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BENJAMIN WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 12 C 5691 |
| ) | |
| STATE OF MISSOURI JUVENILE ) | |
| OFFICE, et al., ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM ORDER

Benjamin Williams ("Williams") has filed a self-prepared "Complaint of Constitutional Rights Violations and Motion for Emergency Injunction" against two agencies of the State of Missouri and Missouri Circuit Judge Robert Liston, seeking to invoke federal subject matter jurisdiction on diversity of citizenship grounds. But Missouri is insulated from such an action by the Eleventh Amendment, while Judge Liston is protected by absolute judicial immunity as to conduct that comes within the scope of his judicial functions.

Because Williams seeks in forma pauperis status, he must establish not only his financial inability to pay the filing fee but also the assertion of a nonfrivolous claim in the legal sense (see Lee v. Clinton, 209 F.3d 1025, 1026 (7th Cir. 2000)). What has been said in the preceding paragraph confirms that Williams cannot meet the latter requirement. Hence his motion for in forma pauperis treatment is denied. And because there is no way in which Williams' Complaint can be salvaged substantively, this

Court sua sponte dismisses this action as well.

_____
Milton I. Shadur
Senior United States District Judge

Date:  July 23, 2012